UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

RONNIE TOWNER                                                                      PLAINTIFF

V.                                                      CIVIL ACTION NO. 3:18-CV-459-DPJ-LRA

NANCY BERRYHILL, ACTING                                                DEFENDANT
COMMISSIONER OF SOCIAL
SECURITY

ORDER

On July 17, 2019, United States Magistrate Judge Linda R. Anderson recommended that

this social-security appeal be remanded for re-evaluation of step five of the 20 C.F.R. § 404.1520

sequential-evaluation process.  R. & R. [19] at 18.  The parties had until July 31, 2019, to file

objections to Judge Anderson's Report and Recommendation, and neither party did so.  The

Court, having reviewed the unopposed Report and Recommendation, agrees with Judge

Anderson and adopts it as its opinion.  Plaintiff's Motion for Summary Judgment [11] is granted,

the Commissioner's Motion to Affirm [16] is denied, and this case is remanded to the

Commissioner for further proceedings as set forth in the Report and Recommendation.  A

separate final judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 2nd day of August, 2019.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE